No. 1979. Padilla, Appellee, v. American Railroad Company, Appellant.—Damages. Mayagüez. April 10, 1919. *Appeal withdrawn.*

No. ——. Pérez Acosta, Appellee, v. Rivero et al., Appellants.—Injunction. San Juan, Section 1. April 11, 1919. *Appeal withdrawn.*

No. ——. García, Appellee, v. Capella, Appellant.—Divorce. San Juan, Section 1. April 24, 1919. *Dismissed.*

No. 1388. People, Appellee, v. Jefferson, Appellant.—Embezzlement. Ponce. April 25, 1919. *Affirmed.*

No. 2013. Pacheco et al., Appellants, v. Zalducondo et al., Appellees.—Accounting. Humacao. May 2, 1919. *Dismissed.*

No. 1364. People, Appellee, v. Nieves, Appellant.—Adulteration of milk. San Juan, Section 2. May 2, 1919. *Reversed* for the reasons stated in *People* v. *Camuñas, ante,* p. 288.

No. 1372. People, Appellee, v. Carattini, Appellant.—Adulteration of milk. Guayama. May 2, 1919.
No. 1376. People, Appellee, v. Pomales, Appellant.—Adulteration of milk. Guayama. May 2, 1919. *Affirmed.*

No. 1383. People, Appellee, v. Córdova, Appellant.—Violation of section 288 of the Penal Code. San Juan, Section 2. May 2, 1919. *Reversed.*

No. 1358. People, Appellee, v. Molina, Appellant.—Violation of section 87 of the Penal Code. Humacao. May 23, 1919. *Affirmed.*